# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2009

Marilyn Kelly,
Chief Justice

137344 & (19)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                               SC: 137344
                               COA: 286260
                               Kent CC: 06-003858-FC

TERRY JAMES CASHA,
       Defendant-Appellant.

_____/

      On order of the Court, the motion to file a reply to the prosecutor's answer is GRANTED. The application for leave to appeal the August 7, 2008 order of the Court of Appeals is considered and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2009 _____

p0128

_____
Clerk